IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01141-PAB-MEH

AMANDA SANTOS,

    Plaintiff,

v.

ALLIED INTERNATIONAL CREDIT CORP. (US) a Delaware corporation,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Notice of Dismissal With Prejudice [Docket No. 7]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 20, 2009.

                                          BY THE COURT:

                                          s/ Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge